United States District Court
Southern District of Texas
**ENTERED**
September 29, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| FRANCISCO VILLALONGO, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 6:16-CV-0025 |
| § | |
| QUALITY POLE INSPECTION & § | |
| MAINTENANCE, INC., § | |
| § | |
| Defendant. § | |

## ORDER

Pursuant to the parties' joint notice of settlement and motion for approval of settlement agreement and for dismissal with prejudice of the action, The Court hereby **APPROVES** the parties' settlement agreement and **GRANTS** the joint motion to dismiss. (Dkt. 13).

Further, it is **ORDERED** that the claims of Francisco Villalongo, individually and on behalf of all others similarly situated, are dismissed with prejudice, subject to reinstatement of the action for enforcement of the settlement agreement if any party represents to the Court within **60 days** of entry of this Order that the settlement was not completely documented and effected.

SIGNED at Galveston, Texas, this 29th day of September, 2016.

_____
George C. Hanks Jr.
United States District Judge